UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE,<br><br>               Plaintiff,<br><br>v.<br><br>KFT ENTERPRISES NO. 5, L.P., a<br>California Limited Partnership; and<br>Does 1-10,<br><br>               Defendants. | Case No. CV 19-06360-AB (AGRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 18, 2019      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE